[Crim. No. 1665. Third Appellate District.—March 7, 1939.]

THE PEOPLE, Respondent, v. EARL HATCHER, Appellant.

363

No appearance for Appellant.

Earl Warren, Attorney-General, and J. Q. Brown, Deputy Attorney-General, for Respondent.

THE COURT.—The appellant was convicted in the Superior Court of Madera County of the crime of incest, a felony. ■ The transcript on appeal was filed in this court December 30, 1938. No brief has been filed in behalf of appellant. The cause was regularly placed on the calendar for oral argument on March 7, 1939. No appearance was made for appellant at the time the case was called for hearing.

Pursuant to the provisions of section 1253 of the Penal Code the judgment is affirmed.